Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




IN RE



VOLT MANAGEMENT
CORPORATION



RELATOR
 §


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00055-CV



An Original Proceeding 


in Mandamus







MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Volt Management Corporation, seeks a writ of mandamus against the Honorable
William Moody, Judge of the 34th District Court of El Paso County. Mandamus will lie only to
correct a clear abuse of discretion. Walker v. Packer, 827 S.W.2d 833, 840 (Tex. 1992)(orig.
proceeding). Moreover, there must be no other adequate remedy at law. Id. Based on the
petition and record before us, we are unable to conclude that Relator is entitled to the relief
requested. Accordingly, we deny mandamus relief. See Tex.R.App.P. 52.8(a).



March 5, 2009

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Rivera, JJ.